**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS ANTONIO RAMIREZ AYALA, | Case No. CV 25-11496 ODW (PVC) |
| Petitioner, | |
| V. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| ERNESTO SANTACRUZ, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment shall be entered dismissing the Petition WITHOUT PREJUDICE for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Petitioner at his current address of record and on counsel for Petitioner and Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  May 14, 2026

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

2