JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANTONIO RAMIREZ AYALA,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ, et al.,<br><br>Respondents. | Case No. CV 25-11496 ODW (PVC)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment is entered dismissing this action WITHOUT PREJUDICE for lack of subject matter jurisdiction.

DATED:  May 14, 2026

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE